IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANDY KAPILA,  :
:
    Petitioner  :
:
v.  :  CIVIL NO. 4:CV-16-1734
:
CRAIG LOWE, ET AL.,  :  (Judge Brann)
:
    Respondents  :

## ORDER

March 7, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

                      BY THE COURT

                      s/ Matthew W. Brann
                      Matthew W. Brann
                      United States District Judge